155 A.3d 444

**STATE of Maryland**

v.

**JONES, Heze, Jr.**

**Pet. Docket No. 507, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1528, Sept. Term, 2015).

Petition for writ of certiorari denied

155 A.3d 444

**STONE, Robert William, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 503, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2797, Sept. Term, 2014).

Petition for writ of certiorari dismissed